**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Case No. 5:23-cv-00272-C <br><br> Judge Sam R. Cummings |

**NOTICE OF APPEAL**

Please take notice that all Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's June 24, 2024 Findings of Fact and Conclusions of Law and Order Granting Preliminary Injunction, ECF No. 61.

Dated: August 22, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Arjun Mody*
CYNTHIA LIAO (CA Bar No. 301818)
ARJUN MODY (DC Bar No. 90013383)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 451-7723
Fax: (202) 616-8470
arjun.a.mody@usdoj.gov

*Counsel for Defendants*

1