# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Case No. 5:23-cv-00272-C <br><br> Judge Sam R. Cummings |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Defendants' Deadline to Respond to Plaintiffs' Motion for Summary Judgment, filed December 20, 2024. After considering the arguments and the fact that the Motion is unopposed, the Court finds good cause to extend said deadline for Defendants to respond. As such, the Court finds that the Motion should be **GRANTED**. Defendants' deadline to respond to Plaintiffs' Motion for Summary Judgment is EXTENDED by ten (10) days to January 16, 2025.

SO ORDERED this 23rd day of December, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE