# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, *et al.*, | Case No. 5:23-cv-00272-H |
| Plaintiffs, | Judge Wes Hendrix |
| v. | |
| U.S. DEPARTMENT OF LABOR, *et al.*, | |
| Defendants. | |

## JOINT STIPULATION REGARDING
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [66]

The parties stipulate to the following:

1. In 2023, the U.S. Department of Labor promulgated a final rule addressing numerous aspects of the Davis-Bacon and Related Acts. Updating the Davis-Bacon and Related Acts Regulations, 88 Fed. Reg. 57,526 (Aug. 23, 2023) (Rule).

2. In this lawsuit, Plaintiffs challenge only four regulations affected by the Rule—those concerning (1) truck drivers; (2) material suppliers; (3) operation of law; and (4) secondary construction sites. *See* First Amended Compl., ECF No. 5; 29 C.F.R. § 5.2 (definitions of "Onsite activities essential or incidental to offsite transportation," "material supplier," "secondary construction site(s)"); *id.* § 5.5(e) (operation of law).

3. The Court has preliminarily enjoined Defendants from enforcing only the regulations concerning (1) truck drivers; (2) material suppliers; and (3) operation of law. ECF No. 61.

4. Plaintiffs filed a motion for summary judgment on December 16, 2024. ECF Nos. 66-68.

5. Plaintiffs' motion seeks relief only as to the three preliminarily enjoined regulations: (1) truck drivers; (2) material suppliers; and (3) operation of law.

6. Plaintiffs do not seek relief as to the regulation concerning (4) secondary construction sites, as described in Paragraphs 40 – 43 in Plaintiffs' First Amended Complaint.

7. Plaintiff do not seek relief as to any provisions of the Rule not challenged in this lawsuit.

| | |
|---|---|
| Dated: January 10, 2025 | Respectfully submitted, |
| | |
| */s/ Robert R. Roginson* | BRIAN M. BOYNTON |
| Robert R. Roginson | Principal Deputy Assistant Attorney General |
| CA Bar No. 185286 | |
| OGLETREE, DEAKINS, NASH, | JULIE STRAUS HARRIS |
| SMOAK & STEWART, P.C. | Assistant Branch Director |
| 400 S. Hope Street, Suite 1200 | |
| Los Angeles, California 90071 | */s/ Cynthia Liao* |
| 213.457.5873 Direct | CYNTHIA LIAO (CA Bar No. 301818) |
| robert.roginson@ogletree.com | ARJUN MODY (DC Bar No. 90013383) |
| *Admission Pro Hac Vice Pending* | Trial Attorneys |
| | United States Department of Justice |
| LEAD COUNSEL FOR PLAINTIFFS | Civil Division, Federal Programs Branch |
| | 1100 L St. N.W. |
| Jeffrey C. Londa | Washington, DC 20005 |
| State Bar No. 12512400 | Tel: (202) 531-1325 (Liao) |
| OGLETREE, DEAKINS, NASH, | Tel: (202) 451-7723 (Mody) |
| SMOAK & STEWART, P.C. | Fax: (202) 616-8470 |
| 500 Dallas Street, Suite 3000 | cynthia.f.liao@usdoj.gov |
| Houston, Texas 77002 | arjun.a.mody@usdoj.gov |
| Office: (713) 655-5750 | |
| Fax: (713) 655-0020 | *Counsel for Defendants* |
| jeff.londa@ogletree.com | |

And

Fernando M. Bustos
State Bar No. 24001819
fbustos@bustoslawfirm.com
Benjamin E. Casey
State Bar No. 24137943
bcasey@bustoslawfirm.com
BUSTOS LAW FIRM, P.C.
P.O. Box 1980
Lubbock, Texas 79408-1980
(806) 780-3976
(806) 780-3800 FAX


LOCAL COUNSEL FOR PLAINTIFFS