# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 16, 2025

Lyle W. Cayce
Clerk

No. 24-10790

---

Associated General Contractors of America; Associated General Contractors of Texas; Lubbock Chamber of Commerce; J. Lee Milligan, Incorporated,

*Plaintiffs—Appellees*,

*versus*

United States Department of Labor; Lori Chavez-DeRemer, *in her official capacity as United States Secretary of Labor*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-272

---

ORDER:

IT IS FURTHER ORDERED that Appellants' unopposed motion to extend the stay of proceedings in this Court for an additional 60 days to allow for review of ongoing litigation is GRANTED.

/s/ *Catharina Haynes*

Catharina Haynes
*United States Circuit Judge*