UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ASSOCIATED GENERAL CONTRACTORS OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | No. 5:23-CV-272-H |

### ORDER

Before the Court is the parties' joint status report and motion to continue the stay for 60 days. Dkt. No. 101. For the reasons stated in the motion, the Court finds that a continuance of the stay is necessary and appropriate. As such, the Court extends the stay pending further order of this Court. The parties shall meet and confer and file a joint status report within 60 days of this Order to update the Court on how the parties plan to proceed in this case. This case remains administratively closed for statistical purposes without prejudice to it being reopened.

So ordered on February 5, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE