UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ASSOCIATED GENERAL
CONTRACTORS OF AMERICA, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
LABOR, et al.,

    Defendants.

No. 5:23-CV-272-H

## FINAL JUDGMENT

For the reasons stated in the Court's order granting the plaintiffs' unopposed motion for entry of judgment, Dkt. No. 107, it is hereby ordered, adjudged, and decreed that the following provisions of the final rule titled "Updating the Davis-Bacon and Related Acts Regulations," 88 Fed. Reg. 57,526 (Aug. 23, 2023), are hereby vacated because this Court finds that they are arbitrary and capricious, and in excess of statutory authority, under the Administrative Procedure Act, 5 U.S.C. § 706(2)(A) and (C), as alleged in Counts II and III of the amended complaint, Dkt. No. 5:

    i.    In § 5.2:

- The portion of the definition of "*Construction, prosecution, completion, or repair*" set forth at subsection (2)(iv)(D) of that definition which provides that "'Covered Transportation'" includes "'Onsite activities essential or incidental to offsite transportation,' defined as activities conducted by a truck driver or truck driver's assistant on the site of the work that are essential or incidental to the transportation of materials or supplies to or from the site of the work, such as loading, unloading,

or waiting for materials to be loaded or unloaded, but only where the driver or driver's assistant's time spent on the site of the work is not *de minimis*;'"

- The portion of the definition of "Material supplier" set forth at subsection (2) of that definition which provides "If an entity, in addition to being engaged in the activities specified in paragraph (1)(i) of this definition, also engages in other construction, prosecution, completion, or repair work at the site of the work, it is not a material supplier[.]"

ii.  In § 5.5:

- The entirety of subsection (e) titled *"Incorporation by operation of law"* which provides "The contract clauses set forth in this section (or their equivalent under the Federal Acquisition Regulation), along with the correct wage determinations, will be considered to be a part of every prime contract required by the applicable statutes referenced by § 5.1 to include such clauses, and will be effective by operation of law, whether or not they are included or incorporated by reference into such contract, unless the Administrator grants a variance, tolerance, or exemption from the application of this paragraph. Where the clauses and applicable wage determinations are effective by operation of law under this paragraph, the prime contractor must be compensated for any resulting increase in wages in accordance with applicable law."

-2-

– 3 –

All other counts in the amended complaint (Dkt. No. 5) are dismissed.  The parties shall each bear their own costs and attorneys' fees.

The Clerk of Court is directed to close the case.

So ordered on June 24, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE